■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY ALVARADO, Appellant. [598 NYS2d 997] —Appeal by the defendant from a judgment of the Supreme Court, Richmond County (Kuffner, J.), rendered December 16, 1991, convicting him of attempted murder in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant contends that he was induced to plead guilty by the threat of a heavier sentence if he went to trial. We find this contention to be without merit, as a review of the record reveals that the defendant's plea was knowing, voluntary and intelligent *(see generally, People v Harris,* 61 NY2d 9). The defendant's remaining contention is also without merit *(see, People v Frederick,* 45 NY2d 520; *People v Mitchell,* 176 AD2d 967). Mangano, P. J., Sullivan, O'Brien, Ritter and Pizzuto, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OLADELE ATUNRASE, Appellant. [598 NYS2d 996] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Cohen, J.), rendered March 25, 1991, convicting him of criminal possession of a controlled substance in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We find that the defendant's plea of guilty was knowingly and voluntarily entered. Appellate review of the remaining issues raised by the defendant, including those raised in his supplemental *pro se* brief, was effectively waived by him as part of his plea bargain *(see, People v Callahan,* 80 NY2d 273; *People v Seaberg,* 74 NY2d 1; *see also, People v Gonzalez,* 188 AD2d 548; *People v Sanchez,* 182 AD2d 845; *People v Burk,* 181 AD2d 74). Accordingly, the judgment of conviction is affirmed. Bracken, J. P., Balletta, Miller and Eiber, JJ., concur.